FILED

17 JUL -6 PM 4: 03

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Nathan Ogden, | ) | Case No. 1:17-cv-759 |
| | ) | |
| Plaintiff, | ) | Judge Dan Aaron Polster |
| | ) | |
| vs. | ) | <u>STIPULATED DISMISSAL ENTRY</u> |
| | ) | |
| KG Administrative Services, Inc., et al., | ) | |
| | ) | |
| Defendant. | ) | |

The Court held a Case Management Conference July 6, 2017, at which time the Court mediated a settlement. Accordingly, we, the attorneys for the respective parties, do hereby stipulate that the above-captioned case is settled and dismissed with prejudice, each party to pay its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____
Attorney for Plaintiff

_____
Attorney for Defendants

**IT IS SO ORDERED.**

_____
**Dan Aaron Polster
United States District Judge**